AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FRIEDMAN, BERNARD A. | EASTERN DISTRICT OF MICHIGAN | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U. S. DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

100 UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | New Plan Administrator |
| 2. Prin Trust (SM) Tgt 2020 Fund | A | Dividend | M | T | | | | | |
| 3. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 4. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 6. Jennisin (Rainier) | A | Dividend | J | T | | | | | |
| 7. FIDELITY FUND MANAGER PROGRAM PORTFOLIO ADVISORY (IRA) | | None | | | | | | | (Heading) |
| 8. Blackstone Alternative Multi-Manager Fund I | A | Dividend | J | T | | | | | |
| 9. Fimm MMKT Port Inst CL | A | Dividend | J | T | | | | | |
| 10. Strategic Advisers Core Fund | B | Dividend | K | T | | | | | |
| 11. Strategic Advisers Growth Fund | A | Dividend | | | Sold | 12/04/14 | K | A | Fidelity |
| 12. Strategic Advisers Value Fund | B | Dividend | | | Sold | 03/25/14 | K | C | Fidelity |
| 13. Strategic Advisers Emerging Markets | A | Dividend | J | T | | | | | |
| 14. Strategic Advisers U S Opportunity Fund | A | Dividend | J | T | | | | | |
| 15. Strategic Advisers Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 16. Strategic Advisers International Fund | B | Dividend | | | Sold | 03/25/14 | L | C | Fidelity |
| 17. Fidelity Short Term Bond | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Total Bond | A | Dividend | | | Sold | 10/15/14 | J | C | Fidelity |
| 19. Strategic Advisers Income Opportunities | A | Dividend | | | Sold | 10/15/14 | J | A | Fidelity |
| 20. Strategic Advisers Core Income Fund | A | Dividend | | | Sold | 10/15/14 | J | A | Fidelity |
| 21. Arden Alternative Strategies Class | A | Dividend | J | T | | | | | |
| 22. Strategic Advisors Short-Term Duration | A | Dividend | | | Sold | 06/04/14 | J | A | Fidelity |
| 23. Pimco Total Return Adm. Shares | A | Dividend | | | Sold | 06/04/14 | J | C | Fidelity |
| 24. Pimco Short-Term Adm. Shares | A | Dividend | | | Sold | 06/04/14 | J | D | Fidelity |
| 25. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 26. Lloyd's Mobile Home Ltd. P'ship Int. | | None | K | W | | | | | |
| 27. Archwood Apt. Assoc. Ltd. Partnership Interest | | None | K | W | | | | | |
| 28. Weathervane Apt. Assoc., a Ltd. Partnership | | None | K | W | | | | | |
| 29. Bellridge Apartment Assoc., Limited Partnership | | None | K | W | | | | | |
| 30. Kingsborough Ltd. P/S in Mobile Home Park | | None | K | W | | | | | |
| 31. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 32. OLTC, Ltd. | | None | K | W | | | | | |
| 33. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 34. Certificates of Deposit/Regular Savings - JP Morgan Chase | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 36. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 37. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 38. Pepsico | C | Dividend | N | T | | | | | |
| 39. Disney | A | Dividend | J | T | | | | | |
| 40. Kellogg | A | Dividend | K | T | | | | | |
| 41. Lockheed Martin | A | Dividend | J | T | | | | | |
| 42. CMS Energy | A | Dividend | J | T | | | | | |
| 43. NCR | A | Dividend | J | T | | | | | |
| 44. Teradata Corporation | | None | J | T | | | | | |
| 45. Target | A | Dividend | J | T | | | | | |
| 46. Wal-Mart | A | Dividend | J | T | | | | | |
| 47. Glimcher Realty Trust | A | Dividend | | | Redeemed | 02/02/14 | J | A | Glimcher Realty Trust |
| 48. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 49. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 50. University of Cincinnati Ohio | A | Interest | K | T | | | | | |
| 51. Pennyslvania State U | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Washington State Motor | A | Interest | K | T | | | | | |
| 53. Ohio State Higher Ed. | A | Interest | K | T | | | | | |
| 54. Raleigh NC Pub | A | Interest | | | Redeemed | 11/00/14 | K | A | Wells Fargo |
| 55. Ill Financial Aut Rev | A | Interest | K | T | | | | | |
| 56. MERRILL LYNCH MANAGED ACCOUNT | | | | | | | | | (Heading) |
| 57. Atre Focus Fund | A | Dividend | K | T | | | | | |
| 58. GA Belle Focus Five Fund | A | Dividend | K | T | | | | | |
| 59. Vulcan Value Partners | A | Dividend | K | T | | | | | |
| 60. Wells Fargo Absolute | A | Dividend | K | T | | | | | |
| 61. Wintergreen Fund | A | Dividend | K | T | | | | | |
| 62. American Capital World | A | Dividend | K | T | | | | | |
| 63. Blackrock Global | A | Dividend | K | T | | | | | |
| 64. Fairholme Fund | A | Dividend | K | T | | | | | |
| 65. Franklin Mutual Global | A | Dividend | K | T | | | | | |
| 66. IVA Worldwide | A | Dividend | K | T | | | | | |
| 67. IVY Asset Strategy | A | Dividend | K | T | | | | | |
| 68. Jensen Portfolio CL 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco All Asset All | A | Dividend | K | T | | | | | |
| 70. Third Avenue Value Fund | A | Dividend | K | T | | | | | |
| 71. UAM FPA Crescent Port | A | Dividend | K | T | | | | | |
| 72. Wells Fargo Advantage | A | Dividend | K | T | | | | | |
| 73. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 74. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 75. Diversified International | A | Dividend | J | T | | | | | |
| 76. Appreciation Fund | A | Dividend | L | T | | | | | |
| 77. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 78. Magellan | A | Dividend | J | T | | | | | |
| 79. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 80. Fidelity Canada | A | Dividend | J | T | | | | | |
| 81. Contrafund | A | Dividend | K | T | | | | | |
| 82. Fidelity Bal | A | Dividend | J | T | | | | | |
| 83. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 84. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 85. Fidelity International Disc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 87. | Janus Fund | A | Dividend | J | T | | | | | |
| 88. | American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 89. | (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 90. | Capital Appreciation | A | Dividend | J | T | | | | | |
| 91. | (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | |
| 92. | ADT Corp | A | Dividend | J | T | | | | | |
| 93. | Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 94. | American Bal. Fund | A | Dividend | K | T | | | | | |
| 95. | American International Group | A | Dividend | J | T | | | | | |
| 96. | Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 97. | Arkema | A | Dividend | J | T | | | | | |
| 98. | AT&T | A | Dividend | K | T | | | | | |
| 99. | Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 100. | BP PLC | A | Dividend | J | T | | | | | |
| 101. | Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 102. | CISCO Systems | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Coca-Cola | A | Dividend | K | T | | | | | |
| 104. Covidien, Ltd. | A | Dividend | | | Donated | | | | |
| 105. Duke Energy | A | Dividend | J | T | | | | | |
| 106. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 107. Gartner Group - B | A | Dividend | J | T | | | | | |
| 108. General Electric | A | Dividend | K | T | | | | | |
| 109. General Mills | A | Dividend | K | T | | | | | |
| 110. Haylan Health | A | Dividend | J | T | Spinoff (from line 122) | 11/23/14 | J | | Kimberly Clark |
| 111. Home Depot | A | Dividend | J | T | | | | | |
| 112. Intel Corp. | A | Dividend | J | T | | | | | |
| 113. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 114. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 115. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 116. Kimberly Clark | A | Dividend | K | T | | | | | |
| 117. L Brands (Limited) | A | Dividend | J | T | | | | | |
| 118. LSI Corp. | A | Dividend | J | T | | | | | |
| 119. Manu Financial (from line 160) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Masco Corp. | A | Dividend | | | Donated | | | | |
| 121. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 122. Merck & Co. | B | Dividend | M | T | | | | | |
| 123. MGM Resorts International | A | Dividend | J | T | Buy | 10/25/14 | J | | Wells Fargo |
| 124. Motorola | A | Dividend | | | Donated | | | | |
| 125. Pentair Ltd | A | Dividend | J | T | | | | | |
| 126. Proassurance | A | Dividend | K | T | | | | | |
| 127. Prudential Financial | A | Dividend | J | T | | | | | |
| 128. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 129. Sysco Corp. | A | Dividend | | | Donated | | | | |
| 130. TE Connectivity | A | Dividend | J | T | | | | | |
| 131. Teva Pharmaceutical ADR | A | Dividend | J | T | | | | | |
| 132. Tyco International | A | Dividend | K | T | | | | | |
| 133. US Bancorp (was line 50) | A | Dividend | K | T | | | | | |
| 134. Wells Fargo | A | Dividend | L | T | | | | | |
| 135. Walgreen | A | Dividend | J | T | | | | | |
| 136. Walt Disney | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Waste Management | A | Dividend | J | T | | | | | |
| 138. Whole Foods | A | Dividend | J | T | | | | | |
| 139. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 140. Invesco FDS European Growth | A | Dividend | K | T | | | | | |
| 141. Federated Kaufman | A | Dividend | J | T | | | | | |
| 142. R S Value Fund | A | Dividend | J | T | | | | | |
| 143. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 144. Janus Overseas Fund Class T | A | Int./Div. | J | T | | | | | |
| 145. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 146. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 147. Wells Fargo Bank CD | A | Dividend | N | T | | | | | |
| 148. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 149. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 150. J. P. Morgan Intrep. Mid-Cap | A | Dividend | | | Donated | | | | |
| 151. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 152. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 153. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Growth Index Fund | A | Dividend | J | T | | | | | |
| 155. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 156. DFCU CD | A | Interest | M | T | | | | | |
| 157. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 158. Janus Contrarian *X | A | Interest | | | Sold | 10/13/14 | J | | Wells Fargo |
| 159. Rowe T Price *X Equity INGM | A | Interest | | | Sold | 10/13/14 | J | | Wells Fargo |
| 160. Select Am. Shares *X | A | Interest | | | Sold | 10/13/14 | J | | Wells Fargo |
| 161. Vanguard Equity Income *X | A | Interest | K | T | | | | | |
| 162. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 163. Vanguard Wellington *X | A | Interest | K | T | | | | | |
| 164. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **BERNARD A. FRIEDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544